# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 4:25-cr-00121-SMR-HCA-1   :   Clerk's Court Minutes – Arraignment

___

United States of America vs. Cole Anthony Langford

___

Gov. Atty(s): Joseph Lubben : ☐ Indictment  ☑ Superseding Indictment  ☐ Information
Def. Atty(s): David N. Fautsch : ☐ Complaint  ☐ Warrant  ☐ Summons
Def. Appears: ☑ In Person  ☐ Video Conference : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding : Ct 1s - 21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to Distribute a Controlled Substance
Court Reporter: FTR Gold
Interpreter: N/A : Ct 2s-6s - 21:841(a)(1), 841(b)(1)(A) Distribution of a Controlled Substance
: Ct 9s - 21:841(a)(1), 841(b)(1)(A) Distribution of a Controlled Substance
☐ Interpreter Sworn : Ct 10s - 21:841(a)(1), 841(b)(1)(A) Possession with Intent to Distribute a Controlled Substance

Date: October 23, 2025
Initial Appearance Start Time:   Arraignment Start Time: 1:11 p.m.   End Time: 1:14 p.m.

## Initial Appearance

☐ Advised of Rights : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
☐ Rule 5 Admonition Given

## Arraignment

Trial Scheduled for: : ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due: : ☑ Indicted in True Name
Reciprocal Discovery due: :   True Name:
Pretrial Motions due: : ☑ Reading of Indictment Waived
Plea Notification Deadline: :   Plea of Not Guilty Accepted as to Ct(s): 1s, 2s-6s, 9s, 10s
Plea Entry Deadline: : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): : ☑ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

☐ Government Moved for Detention : 
☐ Defendant Waived Preliminary Examination : Detention Hearing Set:
☐ Defendant Waived Detention Hearing : Before:
: Courthouse:                    Room:
Court Ordered Defendant: : Revocation Hearing Set:
☐ Released on Bond : Before:
☐ Detained : Courthouse:                    Room:

___

Defendant appears with CJA attorney David N. Fautsch. Defendant is arraigned. Dates to remain as previously set. Defendant appears on a Writ and will be returned to detaining facility.

/s/ K. Platt
Deputy Clerk